IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN MICHAEL CARNEY                                              PLAINTIFF

v.                          No. 4:24-cv-792-DPM

MORGAN E. WELCH, in his capacity as
Circuit Judge for Pulaski County
Arkansas, Sixteenth Division; CENTRAL
ARKANSAS RADIATION THERAPY
INSTITUTE, INC. d/b/a CARTI;
DOCTORS COMPANY; BRENT DAVID
CAMERON, M.D.; MATTHEW EMERY
HARDEE, M.D.                                                     DEFENDANTS


JOHN MICHAEL CARNEY                                              PLAINTIFF

v.                          No. 4:24-cv-809-DPM

MORGAN E. WELCH, in his capacity as
Circuit Judge for Pulaski County
Arkansas, Sixteenth Division; CENTRAL
ARKANSAS RADIATION THERAPY
INSTITUTE, INC. d/b/a CARTI;
DOCTORS COMPANY; BRENT DAVID
CAMERON, M.D.; MATTHEW EMERY
HARDEE, M.D.                                                     DEFENDANTS

ORDER

These two cases are substantially similar if not identical. The Court therefore consolidates them for all pre-trial proceedings. Fed. R.

–2–

Civ. P. 42(a)(2). The Court designates No. 4:24-cv-809 as the lead case. All future filings must be made under that docket number.

The Court grants Carney's motion for an extension of time, No. 4:24-cv-809, *Doc. 18*. Carney has until 4 November 2024 to respond to the CARTI defendants' motion to dismiss.

The Court will consider the parties' arguments across both cases in due course. Any defendant may reply within seven calendar days of Carney's response.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

24 October 2024