# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JOHN MICHAEL CARNEY                                                      PLAINTIFF

v.                                          No. 4:24-cv-792-DPM

MORGAN E. WELCH, in his capacity
as Circuit Judge for Pulaski County,
Arkansas, Sixteenth Division;
CENTRAL ARKANSAS
RADIATION THERAPY INSTITUTE,
INC., d/b/a CARTI;  DOCTORS
COMPANY;  BRENT DAVID
CAMERON, M.D.;  and
MATTHEW EMERY HARDEE, M.D.                                          DEFENDANTS

## ORDER

The Court has received the Complaint, which includes a request for injunctive relief, temporary and permanent. *Doc 1.* The request for a TRO is denied without prejudice for failure to comply with Local Rule 7.2(e).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2024