IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN MICHAEL CARNEY                                              PLAINTIFF

v.                          No. 4:24-cv-792-DPM

MORGAN E. WELCH, in his capacity as
Circuit Judge for Pulaski County
Arkansas, Sixteenth Division; CENTRAL
ARKANSAS RADIATION THERAPY
INSTITUTE, INC. d/b/a CARTI;
DOCTORS COMPANY; BRENT DAVID
CAMERON, M.D.; MATTHEW EMERY
HARDEE, M.D.                                                     DEFENDANTS


JOHN MICHAEL CARNEY                                              PLAINTIFF

v.                          No. 4:24-cv-809-DPM

MORGAN E. WELCH, in his capacity as
Circuit Judge for Pulaski County
Arkansas, Sixteenth Division; CENTRAL
ARKANSAS RADIATION THERAPY
INSTITUTE, INC. d/b/a CARTI;
DOCTORS COMPANY; BRENT DAVID
CAMERON, M.D.; MATTHEW EMERY
HARDEE, M.D.                                                     DEFENDANTS

ORDER

Carney filed two identical cases five days apart. The Court consolidated them. In essence, he's asking this Court to enjoin the

Pulaski County Circuit Court from ordering the execution of a blank medical authorization. The defendants have moved to dismiss. Those motions are granted.

*First*, Judge Welch is entitled to Eleventh Amendment sovereign immunity. *Lewis v. Clarke*, 581 U.S. 155, 162-63 (2017). He was only sued in his official capacity; and *Ex parte Young*'s narrow exception for prospective injunctive relief doesn't apply to state court judges. 209 U.S. 123, 163 (1908); *Whole Woman's Health v. Jackson*, 595 U.S. 30, 39 (2021).

*Second*, the CARTI defendants. The *Rooker-Feldman* doctrine bars this Court from interfering with the state court's ruling on the parties' discovery dispute. Carney lost on that issue there. This Court lacks subject matter jurisdiction to redress his injury. *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. 280, 283-84 (2005). This is true even though Carney is seeking relief from an interlocutory order, not a final judgment. *Keene Corp. v. Cass*, 908 F.2d 293, 297 (8th Cir. 1990). Carney did style parts of the complaint as a general constitutional challenge. But the core of the claim is inextricably intertwined with the state court's rulings. *Ibid.*

\* \* \*

Motions to dismiss in 4:24-cv-809-DPM, *Doc. 11 & Doc. 26*, granted. Motion to dismiss in 4:24-cv-792-DPM, *Doc. 3*, granted. Judgment in each case will issue.

-3-

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*3 December 2024*